# Exhibit 17

2024. The parties shall file any Daubert motions by June 21, 2024. Any oppositions to such motions shall be filed by July 12, 2024. Any replies shall be filed by July 26, 2024.

4. The parties shall file any motions in limine by July 19, 2024. Any oppositions to such motions shall be filed by August 9, 2024. Any replies shall be filed by August 23, 2024.

5. The parties shall file a joint pretrial order by August 23, 2024 that complies with the Court's Individual Rules of Practice, except as modified herein and by the parties' agreement to limit the scope of the pretrial order as set forth in the parties' March 8, 2024 joint letter (Dkt 968).

   a. The parties shall exchange drafts of their respective portions of the joint pretrial order by July 19, 2024.

   b. The parties shall exchange drafts of any stipulations of fact, deposition designations, exhibit lists, and witness lists by July 19, 2024.

   c. The parties shall exchange any objections to deposition designations and exhibits, along with any counter designations, by August 2, 2024.

   d. The parties shall exchange any objections to counter designations and responses to objections to deposition designations and exhibits by August 16, 2024.

6. Requests to charge, proposed voir dire questions, and verdict forms shall be filed by August 23, 2024.

7. Oppositions, if any, to requests to charge, proposed voir dire questions, and verdict forms shall be filed by September 6, 2024.

8. All parties' pretrial memoranda shall be filed simultaneously by August 23, 2024.

9. Response pretrial memoranda, if any, shall be filed by September 6, 2024.

2024.

4. All notices pursuant to Rule 44.1 shall be filed by May 31, 2024. The parties shall also serve notice of intent to assert the application of any non-New York law not otherwise required by Rule 44.1 by May 31, 2024. The parties shall file any briefs on disputed issues of foreign law or choice of law by June 24, 2024. Such briefs should include reproductions of the foreign laws in dispute as well as any foreign law declarations and materials that may aid the Court's review.

5. The parties shall file any *Daubert* motions by June 21, 2024. The parties shall file any oppositions by July 5, 2024. The parties shall file any replies by July 19, 2024.

6. The parties shall file any motions *in limine* by August 15, 2024. The parties shall file any oppositions by August 26, 2024. There shall be no replies absent leave of the Court.

7. The parties shall file a joint proposed special verdict form by August 15, 2024. If the parties cannot agree entirely to a joint proposal, the plaintiff shall file that part of the proposal to which the parties agree as well as each party's proposal with respect to those parts to which the parties cannot agree by August 15, 2024.

8. The following shall govern preparation of the pretrial order:

(a) Plaintiff shall provide the following to defendants by October 22, 2024: any general provisions governing conduct of trial; brief statement of the case; proposed fact stipulations; deposition designations; exhibit list; witness list.

(b) Defendants shall provide the following to plaintiff by November 5, 2024: any proposed revisions to general provisions governing conduct of trial; objections to/revisions to brief statement of case; objections to/revisions to fact stipulations; deposition designations; objections to plaintiff's deposition designations; deposition counter designations; exhibit list; objections to plaintiff's exhibits; objections to plaintiff's witnesses.

(c) Plaintiff shall provide to defendants the following by November 19, 2024: any further proposed revisions to statement of case, factual stipulations, exhibit list, witness list; objections to deposition designations; deposition counter designations; objections to defendants' exhibits; objections to defendants' witnesses.

(d) The parties shall file a final joint pretrial order with the Court by December 2, 2024.

SO ORDERED.

Dated: April 1, 2024

_____
Lewis A. Kaplan
United States District Judge