# Exhibit 81

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00006 | 2722893 | 12/10/2012 | $42,504.70 | $26.46 | $42,531.16 | ($42,531.16) | 2/12/2013 | - | - |
| | 2726478 | 1/29/2013 | $5,968.60 | $135.55 | $6,104.15 | ($6,104.15) | 2/25/2014 | - | - |
| | 2739751 | 6/25/2013 | $650.00 | - | $650.00 | ($650.00) | 10/1/2013 | - | - |
| | Duet II - Total | | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |
| | | | | | | | | | |
| | GRAND TOTAL | | $49,123.30 | $162.01 | $49,285.31 | ($49,285.31) | | - | - |

1

6/15/2018 10:34:05 AM

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355365**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn                                    December 10, 2012
      Argre Management LLC
      40 West 57th Street
      New York, New York  10019 alicia@argremgt.com

**RE:** Duet II                                              **Invoice#:** 722893
**Our File Number:**00647/0006                                   **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

| | | Hours |
|---|---|---|
| 11/16/2012 | Ben-Jacob, Michael | 1.25 |
| | Call with Rich re: new transaction.  Follow-up call with Woody. | |
| 11/16/2012 | Wells, Peter B | 4.67 |
| | Call with group re new transaction. Work on issues re the same. | |
| 11/18/2012 | Ben-Jacob, Michael | 3.50 |
| | Review LP Agreement, PPM and related documents documents.  Related call with Woody and emails to Woody re: questions. | |
| 11/18/2012 | Wells, Peter B | 4.83 |
| | Review materials related new transaction. | |
| 11/19/2012 | Ben-Jacob, Michael | 5.50 |
| | Documents, editing same, calls with Peter, Patrick, Woody on related issues, related emails. | |
| 11/19/2012 | Wells, Peter B | 5.33 |
| | Meet with group to discuss new transaction. Follow-up on issues re the same. Work on loan agreement. Work on KYC issues. | |
| 11/20/2012 | Ben-Jacob, Michael | 0.17 |
| | Attention to miscellaneous emails. | |
| 11/20/2012 | Wells, Peter B | 4.00 |
| | Work on issues related to due diligence for transaction. Draft and revise loan agreement. Work on UK tax issues. Call with Mr. Lewin. | |
| 11/21/2012 | Ben-Jacob, Michael | 3.17 |
| | Attention to draft documents, further comments on same, follow up on various open questions. | |
| 11/21/2012 | Wells, Peter B | 6.50 |
| | Work on issues related to Duet transaction. Call with Mr. Woodard, Mr. Michel and Mr. Mason re various issues. Work on loan agreement. Discuss various issues with Mr. Ben-Jacob. | |
| 11/23/2012 | Ben-Jacob, Michael | 0.25 |
| | Attention to miscellaneous emails. | |
| 11/23/2012 | Wells, Peter B | 4.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355366**

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    December 10, 2012

**RE:** Duet II                                                        **Invoice#:** 722893
**Our File Number:** 00647/0006                                          **PAGE:**    2

---

|            |                                                                                                      |       |
|------------|------------------------------------------------------------------------------------------------------|-------|
|            | Work on issues related to Duet transaction. Correspondence and research related to filing requirements. Research and correspondence re qualified client reps. |       |
| 11/24/2012 | Ben-Jacob, Michael                                                                                    | 0.25  |
|            | Attention to emails from Rich regarding call with Duet and general catch up.                          |       |
| 11/25/2012 | Ben-Jacob, Michael                                                                                    | 0.67  |
|            | Call with Duet and Argre regarding group to review Scotia Bank questionnaire.                         |       |
| 11/25/2012 | Wells, Peter B                                                                                        | 1.50  |
|            | Call with Duet re upcoming call with Scotia. Follow-up on related matters.                            |       |
| 11/26/2012 | Wells, Peter B                                                                                        | 0.75  |
|            | Work on issues related securities law issues re transaction.                                          |       |
| 11/27/2012 | Ben-Jacob, Michael                                                                                    | 3.50  |
|            | Call with Rich and Adam to discuss revised documents; related updates and discussion with Peter.     |       |
| 11/27/2012 | Wells, Peter B                                                                                        | 4.58  |
|            | Call with Argre re documents. Review and revise the same.                                             |       |
| 11/28/2012 | Wells, Peter B                                                                                        | 0.50  |
|            | Work on issues related to draft deal documents.                                                       |       |
| 11/29/2012 | Ben-Jacob, Michael                                                                                    | 0.25  |
|            | Call with Rich re: Duet docs.                                                                         |       |
| 11/29/2012 | Wells, Peter B                                                                                        | 2.75  |
|            | Review revised Duet documents. Work on SEC issues.                                                    |       |
| 11/30/2012 | Ben-Jacob, Michael                                                                                    | 1.00  |
|            | Call with Duet and Rich re: Doc., status and next steps.                                              |       |
| 11/30/2012 | Wells, Peter B                                                                                        | 4.25  |
|            | Call with Duet and Argre group. Work on loan agreement and rep letter and follow-up re the same.     |       |

Total Hours.................  63.67

Fees through 11/30/2012.....................................  $42,504.70

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees        |
|--------------------|----------|-------|-------------|
| Ben-Jacob, Michael | $730.00  | 19.51 | $14,242.30  |
| Wells, Peter B     | 640.00   | 44.16 | 28,262.40   |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355367**

**K**AYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    December 10, 2012

**RE:** Duet II                                                  **Invoice#:** 722893
**Our File Number:** 00647/0006                                    **PAGE:**    3

---

|  | Fees through 11/30/2012.............. | 63.67 | $42,504.70 |
|---|---|---|---|

\*------------------------COSTS ADVANCED THROUGH 11/30/2012------------------------\*

| Duplicating |  | $5.60 |
|---|---|---|
| Conference & Legal Staff/Travel Working Meals |  | 20.86 |
| Total Costs through 11/30/2012........................ |  | $26.46 |

| Fees this Invoice........................................................................ | $42,504.70 |
|---|---|
| Costs this Invoice........................................................................ | $26.46 |
| **Total Due this Invoice................................................................** | **$42,531.16** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355368**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 722893
Total Amount Due: $42,531.16

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355369

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   John H. van Merkensteijn
      Argre Management LLC
      40 West 57th Street
      New York, New York  10019 alicia@argremgt.com

January 16, 2013

RE: Duet II
Our File Number:00647/0006

Invoice#: 726478
PAGE:   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|            |                        | Hours |
|------------|------------------------|-------|
| 12/02/2012 | Ben-Jacob, Michael     | 0.50  |
|            | Review draft opinion from Belgian counsel. |  |
| 12/03/2012 | Wells, Peter B         | 3.33  |
|            | Call with Duet re status. Follow-up on due diligence issues re the same. |  |
| 12/04/2012 | Ben-Jacob, Michael     | 0.33  |
|            | Review/edit PPM and related documents. |  |
| 12/04/2012 | Wells, Peter B         | 1.75  |
|            | Draft and revise letter re GP. Work on related diligence matters. |  |
| 12/05/2012 | Ben-Jacob, Michael     | 0.33  |
|            | Attention to draft deal documents. |  |
| 12/05/2012 | Wells, Peter B         | 1.50  |
|            | Work on issues to transaction. |  |
| 12/06/2012 | Ben-Jacob, Michael     | 0.08  |
|            | Attention to misc. emails. |  |
| 12/06/2012 | Ben-Jacob, Michael     | 0.58  |
|            | Attention to draft documents.  Related emails. |  |
| 12/06/2012 | Wells, Peter B         | 0.67  |
|            | Prepare for and participate in call re transaction. |  |

Total Hours................. 9.07

Fees through 12/31/2012.................................... $5,968.60

*----------------------------------TIME AND FEE SUMMARY----------------------------------*

|                     | Rate     | Hours | Fees       |
|---------------------|----------|-------|------------|
| Ben-Jacob, Michael  | $730.00  | 1.82  | $1,328.60  |
| Wells, Peter B      | 640.00   | 7.25  | 4,640.00   |
| Fees through 12/31/2012.............. |   | 9.07  | $5,968.60  |

*------------------------COSTS ADVANCED THROUGH 12/31/2012------------------------*

KAYE SCHOLER LLP

TO:    John H. van Merkensteijn                                    January 16, 2013

RE: Duet II                                                        Invoice#: 726478
Our File Number: 00647/0006                                        PAGE:    2

Transportation                                           $135.55
                 Total Costs through 12/31/2012........................  $135.55

\*------------------------------OUTSTANDING BALANCE------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 722893 | 12/10/2012 | $42,531.16 |
| Prior Balance Due................................................... | | $42,531.16 |

| | |
|---|---|
| Fees this Invoice............................................... | $5,968.60 |
| Costs this Invoice............................................... | $135.55 |
| Total Due this Invoice............................................... | $6,104.15 |
| Prior Balance Due (from above)................................. | 42,531.16 |
| **TOTAL DUE**................................................... | **$48,635.31** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355371**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672823

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 726478
Total Amount Due: $48,635.31

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355372



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn                                                    June 25, 2013
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

**RE:** Duet II                                                    **Invoice#:** 739751
**Our File Number:** 00647/0006                                      **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2013

|  |  | **Hours** |
|---|---|---|
| 05/06/2013 | Wells, Peter B | 1.00 |
|  | Review partnership agreements and draft termination document. |  |
|  | Total Hours................ | 1.00 |
|  | Fees through 05/31/2013.................................. $650.00 |  |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $650.00 | 1.00 | $650.00 |
| Fees through 05/31/2013............... | | 1.00 | $650.00 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 726478 | 01/29/2013 | $6,104.15 |
| Prior Balance Due.......................................................... | | $6,104.15 |

| Fees this Invoice............................................................. | $650.00 |
|---|---|
| Total Due this Invoice...................................................... | $650.00 |
| Prior Balance Due (from above)........................................ | 6,104.15 |
| **TOTAL DUE**........................................................... | **$6,754.15** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355373**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Invoice Number: 739751
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355374



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0006
Total Amount Due: $6,754.15

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355375