# Exhibit 82

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00008 | 2734512 | 4/22/2013 | $25,606.15 | $265.19 | $25,871.34 | ($25,871.34) | 2/25/2014 | - | - |
| | 2737637 | 5/22/2013 | $16,869.40 | - | $16,869.40 | ($16,869.40) | 2/25/2014 | | |
| | Duet - Belgium - Total | | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | |
| | GRAND TOTAL | | $42,475.55 | $265.19 | $42,740.74 | ($42,740.74) | | - | |

1

6/15/2018 10:29:23 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355388



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn
Argre Management LLC
40 West 57th Street
New York, New York  10019

April 22, 2013

**RE:** Duet - Belgium
**Our File Number:** 00647/0008

**Invoice#:** 734512
**PAGE:**   1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 03/31/2013

|  |  | Hours |
|---|---|---:|
| 03/13/2013 | Ben-Jacob, Michael | 3.83 |
|  | Review/edit documents.  Calls with Rich and meetings with Peter to discuss. |  |
| 03/13/2013 | Wells, Peter B | 5.33 |
|  | Call with Rich. Review documents and work on loan agreement and partnership. Discuss with Mr. Ben-Jacob. |  |
| 03/14/2013 | Ben-Jacob, Michael | 3.08 |
|  | Review documents, related emails and calls with Rich and Peter. |  |
| 03/14/2013 | Wells, Peter B | 6.00 |
|  | Call with Rich re documents. Review and revise the same. Review and revise loan agreement. Call with UK counsel re related issues. |  |
| 03/14/2013 | Fleet, Stuart | 0.42 |
|  | Discussion with Peter Wells relating to English law as to agency and identifying the principal in a third party transaction. |  |
| 03/14/2013 | Lewin, Daniel | 0.17 |
|  | Discussion with MBJ and PW. |  |
| 03/15/2013 | Ben-Jacob, Michael | 1.00 |
|  | Review document. |  |
| 03/15/2013 | Wells, Peter B | 1.83 |
|  | Prepare for and participate on call with Duet. Review related documents. |  |
| 03/17/2013 | Ben-Jacob, Michael | 1.33 |
|  | Review documents.  Emails with Rich. |  |
| 03/18/2013 | Ben-Jacob, Michael | 0.75 |
|  | Review Duet charge agreements - related calls with Rich. |  |
| 03/18/2013 | Wells, Peter B | 1.75 |
|  | Review deed of charge and work on related issues. |  |
| 03/19/2013 | Wells, Peter B | 1.50 |
|  | Work on issues related to structure. Call with Woody and Kathleen re pension issues. Follow-up on matters re the same. |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    WH_MDL_00355389

**KAYE SCHOLER** LLP

TO:     John H. van Merkensteijn                                  April 22, 2013

RE: Duet - Belgium                                                Invoice#: 734512
Our File Number: 00647/0008                                       PAGE:   2

---

| Date | Timekeeper | Hours |
|---|---|---|
| 03/20/2013 | Ben-Jacob, Michael<br>Attention to commodities pool issues, related calls and emails. | 1.33 |
| 03/20/2013 | Tan, Madeleine M<br>Interoffice conference call with Kathleen Wechter and George Williams re commodity pool issue. | 0.25 |
| 03/20/2013 | Williams, George M<br>Telephone conference and research regarding CFTC issues. | 1.50 |
| 03/20/2013 | Wechter, Kathleen A<br>Conference M. Ben-Jacob and review information from client regarding plan status for CFTC purposes and review; conferences M. Tan and G. Williams; conferences G. Williams and M. Ben-Jacob regarding same. | 1.58 |
| 03/20/2013 | Wells, Peter B<br>Work on issues related to representations. Review revisions to documents. | 1.33 |
| 03/21/2013 | Ben-Jacob, Michael<br>Calls with George Williams and Rich. | 1.00 |
| 03/21/2013 | Williams, George M<br>Research and advice regarding CFTC issues. | 2.00 |
| 03/22/2013 | Ben-Jacob, Michael<br>Call with George Williams and follow-up email to Rich. | 0.42 |
| 03/22/2013 | Williams, George M<br>Further analysis of CFTC issues. | 0.50 |
| 03/25/2013 | Ben-Jacob, Michael<br>Review transaction documents and drafting email to Rich with comments. | 1.50 |
| 03/25/2013 | Wells, Peter B<br>Review Duet documents. | 2.25 |
| 03/26/2013 | Williams, George M<br>Advice regarding retirement plan exemptions under the CFTC's regulations. | 1.00 |
| 03/26/2013 | Wells, Peter B<br>Work on issue related to documents. Call with group. Follow-up issues re the same. | 2.25 |
| 03/27/2013 | Ben-Jacob, Michael<br>Following up on emails. | 0.25 |
| 03/27/2013 | Williams, George M<br>Conference call with Duet regarding CFTC issues; preparatory conference calls. | 1.00 |
| 03/27/2013 | Wells, Peter B<br>Prepare for and participate on call with Duet. Follow-up re issues related to the same. | 2.83 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    WH_MDL_00355390

**KAYE SCHOLER LLP**

TO:   John H. van Merkensteijn                                          April 22, 2013

**RE:** Duet - Belgium                                                  **Invoice#:** 734512
**Our File Number:** 00647/0008                                         **PAGE:**     3

===============================================================================

| 03/28/2013 | Williams, George M | 0.50 |
|---|---|---|
| | Review regulatory situation. | |
| 03/28/2013 | Wells, Peter B | 1.75 |
| | Work on issues related to revised document. Work on outstanding legal issues related to pensions etc. | |
| 03/29/2013 | Wells, Peter B | 0.83 |
| | Work on revisions related to documents. | |

                                            Total Hours................  51.06
        Fees through 03/31/2013.....................   $35,606.15


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 14.49 | $10,939.95 |
| Tan, Madeleine M | 795.00 | 0.25 | 198.75 |
| Williams, George M | 735.00 | 6.50 | 4,777.50 |
| Wechter, Kathleen A | 765.00 | 1.58 | 1,208.70 |
| Wells, Peter B | 650.00 | 27.65 | 17,972.50 |
| Fleet, Stuart | 845.00 | 0.42 | 354.90 |
| Lewin, Daniel | 905.00 | 0.17 | 153.85 |
| Fees through 03/31/2013............... | | 51.06 | $35,606.15 |

\*------------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------\*

      Transportation                                               $265.19
      Total Costs through 03/31/2013........................       $265.19


        Fees this Invoice................................................   $35,606.15
        Less Discount of..............................................     (10,000.00)
        Adjusted Fees................................................................   $25,606.15
        Costs this Invoice..........................................................      $265.19
        **Total Due this Invoice...........................................**   **$25,871.34**

                  **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355391**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS
_____

Bank: Citibank, N.A.
   153 East 53rd Street
   New York, New York 10022
   Attention: Marsha Burnett
   Telephone: 212.559.3787

   ABA Routing Number: 021000089
   Bank Identification Code/SWIFT Code: CITIUS33
   Account Name: Kaye Scholer LLP
   Account Number: 9981494431

   RE: Argre Management LLC
   Our File Number: 00647/0008
   Invoice Number: 734512
   Total Amount Due: $25,871.34

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                           WH_MDL_00355392



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: John H. van Merkensteijn
40 West 57th Street
New York, New York
alicia@agremgt.com
New York, New York 10019

May 22, 2013

**RE:** Duet - Belgium
**Our File Number:** 00647/0008

**Invoice#:** 737637
**PAGE:** 1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/17/2013 | Woodard, A.F. | 1.17 |
| | Review of Custody Agreement and other documents re proposed Duet transaction. | |
| 03/28/2013 | Ben-Jacob, Michael | 0.83 |
| | Attention to misc. emails on open points re: documentation. Related review and conference with Peter. | |
| 04/01/2013 | Williams, George M | 1.00 |
| | Comment on CFTC issues in documents. | |
| 04/01/2013 | Wells, Peter B | 1.50 |
| | Work on revisions to documents and related CFTC issues. | |
| 04/02/2013 | Williams, George M | 0.50 |
| | Advice regarding CFTC-related change in wording. | |
| 04/02/2013 | Wells, Peter B | 1.00 |
| | Review revised documents and work on related matters. | |
| 04/10/2013 | Ben-Jacob, Michael | 2.25 |
| | Numerous calls, emails with George and Rich re: CFTC issues. | |
| 04/10/2013 | Williams, George M | 2.17 |
| | Discussion of structure and preparation of a CFTC-related representation for Mill River. | |
| 04/10/2013 | Michel, Patrick A | 0.58 |
| | Conference with M Ben-Jacob re Securities Laws issues. | |
| 04/11/2013 | Williams, George M | 0.50 |
| | Advice regarding CFTC analysis. | |
| 04/15/2013 | Ben-Jacob, Michael | 0.83 |
| | Attention to CFTC matters. | |
| 04/15/2013 | Wells, Peter B | 0.50 |
| | Work on issues related to loan structure. | |
| 04/16/2013 | Ben-Jacob, Michael | 0.08 |
| | Attention to misc. emails. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    WH_MDL_00355393

| | | |
|---|---|---|
| TO: | John H. van Merkensteijn | May 22, 2013 |
| RE: | Duet - Belgium | Invoice#: 737637 |
| Our File Number: | 00647/0008 | PAGE: 2 |

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 04/16/2013 | Williams, George M | 1.25 |
| | Discussions regarding the numerical calculations in available CFTC exemptions and also required representations;. | |
| 04/17/2013 | Ben-Jacob, Michael | 1.83 |
| | Attention to CFTC issues. Related conference call with Duet. Follow-up emails, etc. | |
| 04/17/2013 | Williams, George M | 3.00 |
| | Telephone conference regarding regulatory status; review; work on representations. | |
| 04/17/2013 | Wells, Peter B | 1.42 |
| | Call with Duet and counsel re CFTC issues. Follow-up re the same. | |
| 04/19/2013 | Ben-Jacob, Michael | 0.42 |
| | Attention to emails re: QEP representation. Attention to draft rep. letter and related emails. | |
| 04/19/2013 | Williams, George M | 1.25 |
| | Research and draft possible representation regarding qualified eligible purchaser status. | |
| 04/19/2013 | Wells, Peter B | 0.50 |
| | Review and revise rep letters. | |
| 04/26/2013 | Michel, Patrick A | 0.67 |
| | Conferences with E. Marcus. | |
| | Total Hours | 23.25 |
| | Fees through 04/30/2013 | $16,869.40 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 6.24 | $4,711.20 |
| Williams, George M | 735.00 | 9.67 | 7,107.45 |
| Michel, Patrick A | 710.00 | 1.25 | 887.50 |
| Wells, Peter B | 650.00 | 4.92 | 3,198.00 |
| Woodard, A.F. | 825.00 | 1.17 | 965.25 |
| Fees through 04/30/2013 | | 23.25 | $16,869.40 |

\*----------------------------------OUTSTANDING BALANCE----------------------------------\*

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                    WH_MDL_00355394

TO:     John H. van Merkensteijn                                              May 22, 2013

RE: Duet - Belgium                                                            Invoice#: 737637
Our File Number: 00647/0008                                                   PAGE:   3

| Invoice# | Date | Amount |
|---|---|---|
| 734512 | 04/22/2013 | $25,871.34 |
| Prior Balance Due.................................................................... | | $25,871.34 |
| | | |
| Fees this Invoice................................................................ | | $16,869.40 |
| Total Due this Invoice........................................................ | | $16,869.40 |
| Prior Balance Due (from above).......................................... | | 25,871.34 |
| **TOTAL DUE**............................................................................ | | **$42,740.74** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                  WH_MDL_00355395



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0008
      Invoice Number: 737637
      Total Amount Due: $42,740.74

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                         WH_MDL_00355396